UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Samuel L. Patterson, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-2835 NCC |
| | ) | |
| AHP Haulers, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on December 6, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:17cv00213.

**IT IS FURTHER ORDERED** that cause number 4:17cv2835 NCC be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 8, 2017                    By: /s/ Michele Crayton
                                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17cv00213 ACL.**